

ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

June 20, 2008

Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York 10007

    Re: Rentas v. Deputy Warden, et al.
    08 CV 4980 (AKH)(HBP)

Dear Judge Hellerstein:

    I have been retained as counsel for the plaintiff in the above-referenced action, who filed his summons and complaint pro se. I anticipate filing an amended complaint within the next three weeks. No service will be made upon any defendants prior to the filing of the amended complaint. I would greatly appreciate your informing the Marshals that there is no need for them to effect service on any of the defendants to the action. Finally, I hereby request that this action be designated as ECF and that all electronic communications be sent to me at the email address listed hereinabove.

    Very truly yours,

    ALAN D. LEVINE

ADL/ll

*[Handwritten note:] The Clerk shall enter this letter as a notice of appearance. Leave is granted to file an amended complaint by 7/18/08. 6.25.08*