UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AXEL RENTAS,

                        Plaintiff,                  08 CV 4980 (AKH)

  -against-                                  AFFIDAVIT OF SERVICE

DEPUTY WARDEN PEREZ, CAPTAIN RUFFIN,
Shield No. 488, C.O. CHARLES, Shield No. 1755,
CAPTAIN LAGO, C.O. RUPPERT, C.O. BAKER,
Shield No. 13239, and THE CITY OF NEW YORK,

                        Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                            )ss:
COUNTY OF QUEENS    )

ALAN D. LEVINE, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age, and resides in the County of New York, City and State of New York.

On August 14, 2008, deponent served the within AMENDED SUMMONS, COMPLAINT and JURY TRIAL DEMAND upon defendant CITY OF NEW YORK at 10:37 A.M., by delivering a true copy thereof to Amanda Gonzales, a docketing clerk, employed by the New York City Department of Law at 100 Church Street, 4th Floor, New York and authorized to accept service on behalf of defendant.

                                                                  ALAN D. LEVINE

Sworn to before me this
26th day of August 2008

_____
NOTARY PUBLIC

JENNIFER L BROSIUS
Notary Public - State of New York
No. 01BR6167337
Qualified in Queens County
My Commission Expires 05/29/2011