


ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

August 19, 2008

Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York 10007

    Re: <u>Rentas v. Deputy Warden Perez, et al.</u>
    Docket No. 08 CV 4980 (AKH)(HBP)

Dear Judge Hellerstein:

    I am the attorney for the plaintiff in the above-referenced action. I am writing to request an order authorizing the United States Marshal's office to make service of the summonses and complaints in the action upon the individually named defendants.

    All of the individually named defendants are New York City Correction officers. It has been my experience in bringing many federal civil rights cases against individual New York City Correction Department employees that using a process server to make service upon individual defendants is close to impossible. Unlike the New York City Police Department, the persons in charge at the institutions on Rikers Island simply will not accept papers from process servers. Therefore, I believe that an order such as I am requesting is necessary.

    Service upon defendant City of New York has already been made.

Very truly yours,

Alan D. L.

ALAN D. LEVINE

ADL/ll

**MEMO ENDORSED**

So ordered 8/25/08
[signature]