MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVE STAVRIDIS**
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

September 2, 2008

*So ordered*
*9-2-08*
*[signature]*

**By Fax: (212) 805-7942**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:  Rentas v. City of New York et al., 08 CV 4980 (AKH)

Your Honor:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York ("City") in the referenced civil rights action.[1] I am writing to respectfully request an extension of the City's time to answer or otherwise respond to the complaint from September 3, 2008 to November 3, 2008. I have contacted my adversary concerning this request and he consents to the extension.

    There are several reasons for seeking the extension. In his complaint, plaintiff alleges, *inter alia*, that correction officers used excessive force against him during the course of an incident that occurred while plaintiff was incarcerated at Rikers Island. As a result, plaintiff alleges that he sustained serious injuries including fractures to his facial area. In order to properly respond to these allegation, the City needs additional time so that it can secure documents related to this incident and interview the officers allegedly involved in the incident. Additionally time is also need for the City to secure any medical records covering treatment that plaintiff may have received as a result of the incident. This office has already sent plaintiff the necessary medical authorizations which would permit the City to access relevant medical records.

---

[1] Upon information and belief, the individual defendant officers have not been served with process as of this date.

No previous request for an extension has been made by either party. There are no scheduled conferences that will be affected by this proposed extension. Accordingly, it respectfully requested that the Court grant the City's application to extend its time to answer or otherwise respond to the complaint from September 3, 2008 to November 3, 2008.

Respectfully submitted,

Steve Stavridis
Special Federal Litigation Division

cc:   Alan D. Levine, Esq. (by fax: 718-544-5703)
      Attorney for Plaintiff