UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
AXEL RENTAS,                                   :
                                               :
                   Plaintiff,    :  **ORDER**
                                               :
   -against-                                  :  08 Civ. 4980 (AKH)
                                               :
DEPUTY WARDEN PEREZ, CAPTAIN RUFFIN,            :
Shield No. 488, C.O. CHARLES, Shield No. 1755,  :
CAPTAIN LAGO, C.O. RUPPERT, C.O. BAKER,         :
Shield No. 13239, and THE CITY OF NEW           :
YORK,                                           :
                                               :
                  Defendants.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     A suggestion of settlement having been made, it is hereby:

     ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

     SO ORDERED.

Dated: New York, New York
       April 27, 2009

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/09

1